IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:88-cr-01012-MMP

ROBERT RASSIER,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 1, Motion to Remit Fine, filed by the United States of America. In the motion, the Government states that Mr. Rassier has numerous other debts, and because of the age of the instant debt, there is no likelihood of collecting the fine. For these reasons, pursuant to 18 U.S.C. § 3573, the motion is granted and the fine is hereby remitted.

**DONE AND ORDERED** this  *1st* day of April, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge